No. 00–5666. PEREZ DAVILA *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–5758. BROSEH *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–5774. STAFFORD *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–5915. ENGRAM *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 00–5937. LEONARD *v.* CORNYN, ATTORNEY GENERAL OF TEXAS, ET AL. Ct. App. Tex., 3d Dist. Certiorari denied.

No. 00–5946. GRIMALDO *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–5976. BELL *v.* RENO, ATTORNEY GENERAL. C. A. 2d Cir. Certiorari denied.

No. 00–6020. JONES *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 00–6051. RISLEY *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–6139. HEBERT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–6184. SOTO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–6298. COSCO ET AL. *v.* UPHOFF ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–6302. MORALES-RAMIREZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–6330. TRAVIS *v.* ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 00–6335. HAMPTON *v.* MADDING, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.